# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REBEKAH WERTH,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, CIRCUIT 19 MARTIN, UNIT 88510,**
Appellee.

No. 4D17-0183

[February 22, 2018]

Appeal from the State of Florida Department of Children and Families, Office of Appeal Hearings; Pamela B. Vance, Hearing Officer; L.T. Case Nos. 16F-06674, 16F-06675 and 1410846717.

Rebekah Werth, Stuart, pro se.

Laurel Hopper, Assistant Regional General Counsel, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*